**GREENBERG TRAURIG, LLP**
**ATTORNEYS AT LAW**
**SUITE 800**
**2375 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**(602) 445-8000**

Andrew F. Halaby, SBN 017251; Andy.Halaby@gtlaw.com
Charles E. Markle, SBN 032930; marklec@gtlaw.com
Shalayne L. Pillar, SBN 034066; Shalayne.Pillar@gtlaw.com
*Attorneys for Defendant Isagenix International, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Bennett, an individual, Siv Bennett, an individual, Kesha Marketing, Inc., a Nevada S-Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Isagenix International, LLC, an Arizona Limited Liability Corporation, <br><br> Defendant. | Case No. 2:23-cv-01061-DGC <br><br> **DECLARATION OF AMY HERSHBERGER IN SUPPORT OF RESPONSE TO TEMPORARY RESTRAINING ORDER** |

I, Amy Hershberger, hereby affirm and declare as follows:

1.      I am a paralegal with the law firm of Greenberg Traurig, LLP, based in its Phoenix, Arizona office. Greenberg Traurig are attorneys of record for Defendant Isagenix International, LLC ("Isagenix") in this matter. I state the following of my own knowledge and, if called upon to do so, could and would testify competently to the following:

2.      On June 14, 2023, I access the XChangeWEB case search website at https://apps.utcourts.gov/XchangeWEB/SearchServlet, to obtain pleadings filed with the Third District Court of Salt Lake County, State of Utah in ███████████████ Case No. ████████ (hereinafter the "████████").

3. A copy of the First Amended Complaint filed on October 15, 2020 in the ▮▮▮▮▮▮▮▮▮ was printed. A true and correct copy of which is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing statements made by me are true and correct, to the best of my knowledge.

Executed this 16th day of June, 2023.

_____
AMY HERSHBERGER

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

*Jay Bennett, et al. v. Isagenix International, LLC*
**Case No.: 2:23-cv-01061-DGC**
**Index to Exhibit to Declaration of Amy Hershberger in Support of Response to
Temporary Restraining Order**

Exhibit A    First Amended Complaint filed on October 15, 2020 (***LODGED
UNDER SEAL***)

# EXHIBIT A

## FILED UNDER SEAL







































